## PEERLESS STAGES, INC., *v.* UNITED STATES
### ET AL.

No. 262.   Decided October 15, 1962.

*Frederick Bernays Wiener* and *Spurgeon Avakian* for appellant.

*Solicitor General Cox, Assistant Attorney General Loevinger, Robert B. Hummel, Robert W. Ginnane* and *Arthur J. Cerra* for the United States and the Interstate Commerce Commission.

*Owen Jameson* for Greyhound Corporation, appellee.

PER CURIAM.

The motions to affirm are granted and the judgment is affirmed.

## PULLEY *v.* PULLEY.

No. 291.   Decided October 15, 1962.

*Guy Elliott* for appellant.

*Glenn L. Hooper, Jr.* for appellee.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed.   Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari is denied.